SAFFLE v. JONES COUNTY et al. (No. 432.)

Court of Civil Appeals of Texas. Eastland.
April 6, 1928.

Appeal and error ⊙⟶78(3)—Order sustaining general demurrers to petition, but not dismissing suit, held not final or appealable.

Order sustaining defendants' general demurrers to plaintiff's petition, but not undertaking to dismiss the suit, which order was followed by plaintiff excepting and giving notice of appeal, held not a final judgment, from which an appeal would lie.

Appeal from District Court, Jones County; W. R. Chapman, Judge.

Action by J. H. Saffle against Jones County and others. From an order sustaining a general demurrer of each defendant to the petition, plaintiff appeals. Appeal dismissed.

A. J. Smith, of Anson, for appellant.

E. V. Hardwick and J. F. Lindsey, both of Anson, for appellees.

HICKMAN, C. J. An examination of the record in this cause discloses that no final judgment was rendered in the trial court.

The order appealed from was one sustaining a general demurrer of each of the appellees to appellant's petition, to which action the appellant excepted, and gave notice of appeal to this court. But the order does not undertake to dismiss appellant's suit. It has been frequently held that such an order is not a final judgment, from which an appeal will lie. Dixon et al. v. Sanderson et al. (Sup.) 6 S. W. 831; Texas Land & Loan Co. v. Winter, 93 Tex. 560, 57 S. W. 39; State v. Trilling (Tex. Civ. App.) 57 S. W. 311; Boren et al. v. Jack (Tex. Civ. App.) 73 S. W. 1061; State v. Petmecky et al. (Tex. Civ. App.) 125 S. W. 57; Lanius v. People's Home Telephone Co. (Tex. Civ. App.) 160 S. W. 304; Kuehn et al. v. Kuehn (Tex. Com. App.) 242 S. W. 719.

The appeal will be dismissed.